# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

LISA R. MURPHY
ADC #760343                                                               PETITIONER

v.                              No. 1:19-cv-89-DPM

T. BRADLY, Warden; K. DEWITTE,
Chaplain; FAUST, Warden; DIXON,
Major; KELLY, Director; PAYNE,
Director; and RAYMEN NAYLOR                                               RESPONDENTS

## ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, № 5. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Murphy's § 2241 petition will be dismissed without prejudice. Her motion for leave to proceed *in forma pauperis*, № 1, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 November 2019