IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA R. MURPHY
ADC #760343                                                PETITIONER

v.                    No. 1:19-cv-89-DPM

T. BRADLY, Warden; K. DEWITTE,
Chaplain; FAUST, Warden; DIXON,
Major; KELLY, Director; PAYNE,
Director; and RAYMEN NAYLOR                                RESPONDENTS

## JUDGMENT

Murphy's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 November 2019